UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20941-CIV-ALTONAGA/Reid

**PAMELA MONACO**,

    Plaintiff,
vs.

**NCL (BAHAMAS) LTD.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on February 27, 2025. Therefore, on or before **May 28, 2025**, Plaintiff shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by May 28 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 21st day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record